U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 16 PM 12: 00

CLERK

BY____*UW*____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

LANCE MASON

_____

_____

                    Plaintiff(s)

Bayer pe etal

vs.

MONSANTOS Co., et al.,

Burlington High School, et al

Solutia, Inc et al.,

Pharmacia LLC et al Defendant(s)

Old Monsanto, et al

Civil Action No: ___2:26·CV-78___

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit indicates, s/he is unable to pay such costs or give security therefore.

Dated at ___Newport___, Vermont, this ___5___ day of ___March 5___, 2026 .

_____
Plaintiff